IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**VERSA BROWN**                                                                                           **PLAINTIFF**

**V.**                                                             **CAUSE NO.: 2:09CV102-SA-SAA**

**NORTH PANOLA SCHOOL DISTRICT, ET AL.**                          **DEFENDANTS**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  Defendants North Panola School District, Bob Strebeck, and Lucinda Carter's Motion for Summary Judgment [49] is GRANTED;

(2)  Defendant The Excellence Group's Motion for Summary Judgment [54] is also GRANTED;

(2)  the Plaintiff's claims are dismissed; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  28th  day of July, 2010.

                                                      /s/ Sharion Aycock
                                                    **U.S. DISTRICT JUDGE**